1  Mark J. Payne (State Bar No. 157989)
   mpayne@rutan.com
2  RUTAN & TUCKER, LLP
   611 Anton Boulevard, Fourteenth Floor
3  Costa Mesa, California 92626-1931
   Telephone:   714-641-5100
4  Facsimile:   714-546-9035

5  Attorneys for Defendants
   VWA ASSET MANAGEMENT, INC. and
6  VENGROFF, WILLIAMS & ASSOCIATES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | DAVID SUH, PORSHA ESCOVEDO, and       | Case No. 5:07-CV-06123 RMW (PVT)
      SHERI LAWSON, individually, on behalf of all
12 | others similarly situated, and on behalf of the | **STIPULATION FOR AN EXTENSION OF**
      general public,                         | **TIME TO FILE A RESPONSIVE**
13 |                                           | **PLEADING**
                      Plaintiffs,
14 |                                           | Date Action Filed:   December 4, 2007
                      vs.                      | Trial Date:          Not Assigned
15 |
      VWA ASSET MANAGEMENT, INC. and
16 | VENGROFF, WILLIAMS & ASSOCIATES,
      INC.,
17 |
                      Defendants.
18

19

20        Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the

21 Northern District of California Local Rules, the parties hereby stipulate to extend the time,

22 through and including January 29, 2008, for all Defendants to answer or otherwise respond to the

23 Class Action Complaint for Damages, Restitution and Injunctive Relief Filed by Plaintiffs David

24 Suh, Porsha Escovedo, and Sheri Lawson against VWA Asset Management, Inc. and Vengroff

25 Williams & Associates, Inc.  Defendants' responsive pleading was previously due no earlier than

26 January 8, 2007.

27

28

Rutan & Tucker, LLP
attorneys at law

2101/021158-0008
874469.01 a01/04/08

STIPULATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE
PLEADING

1 | Dated: January ____4____, 2008

NICHOLS KASTER & ANDERSON, LLP

By: _____
Matthew Helland
Attorneys for Plaintiffs
DAVID SUH, PORSHA ESCOVEDO, and
SHERI LAWSON,

7 | Dated: January ____7____, 2008

RUTAN & TUCKER, LLP
MARK J. PAYNE

By: _____
Mark J. Payne
Attorneys for Defendants
VWA ASSET MANAGEMENT, INC.
and VENGROFF, WILLIAMS &
ASSOCIATES, INC.

Rutan & Tucker, LLP
attorneys at law

2101/021158-0008
874469.01 a01/04/08

STIPULATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE
PLEADING

## PROOF OF SERVICE BY E-MAIL

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed by the law office of Rutan & Tucker, LLP in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 611 Anton Boulevard, Fourteenth Floor, Costa Mesa, California 92626-1931. My electronic notification address is fpenn@rutan.com.

On January 7, 2008, at  I served on the interested parties in said action the within:

**STIPULATION FOR AN EXTENSION OF TIME  TO FILE A RESPONSIVE PLEADING**

by transmitting a true copy of the foregoing document(s) to the e-mail addresses set forth as stated below:

Matthew Helland
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
E-mail:  Helland@nka.com

(415) 277-7235
FAX: (415) 277-7238

Attorneys for Plaintiffs
DAVID SUH, PORSHA ESCOVEDO, and
SHERI LAWSON

Donald H. Nichols
NICHOLS KASTER & ANDERSON, LLP
4600 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
E-mail: Nichols@nka.com

(612) 256-3200
FAX: (612) 2150-6870

Attorneys for Plaintiffs
DAVID SUH, PORSHA ESCOVEDO, and
SHERI LAWSON

Executed on January 7, 2008, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Frances Penn
(Type or print name)

_____
(Signature)

2101/021158-0008
873825.01 a01/02/08