

1  Paul J. Lukas, MN Bar No. 22084X
   NICHOLS KASTER & ANDERSON, PLLP
2  4600 IDS Center, 80 South 8th Street
   Minneapolis, Minnesota 55402
3  Telephone (612) 256-3200

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

David Suh, Porsha Escovedo, and Sheri Lawson, individually, on behalf of all others similarly situated, and on behalf of the general public,

    Plaintiffs,

v.

VWA Asset Management, Inc., and Vengroff, Williams & Associates, Inc.

    Defendant.

Case No: 07-CV-6123 RMW PVT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Filed
JAN 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

    Pursuant to Civil L.R. 11-3, Paul J. Lukas, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

    In support of this application I certify on oath that:

1. I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Matthew C. Helland
>
> Nichols Kaster & Anderson, LLP
>
> One Embarcadero Center, Suite 720
>
> San Francisco, CA 94111
>
> Telephone: (415) 277-7235

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12-7-07