Donald H. Nichols, MN Bar No. 78918
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200

**Filed** *ORIGINAL*

JAN 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT COURT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

David Suh, Porsha Escovedo, and Sheri
Lawson, individually, and on behalf of all
others similarly situated, and on behalf of
the general public,

           Plaintiffs,

v.

VWA Asset Management, Inc., and
Vengroff, Williams & Associates, Inc.

           Defendant.

Case No: 07-cv-6123 RMW PVT

**APPLICATION FOR
ADMISSION OF ATTORNEY**
*PRO HAC VICE*

     Pursuant to Civil L.R. 11-3, Donald H. Nichols, an active member in good standing of the bar of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs in the above-entitled action.

     In support of this application I certify on oath that:

1.     I am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-

1

counsel in the above-entitled action.  The name, address, and telephone number of that attorney is:

> Matthew C. Helland
>
> Nichols Kaster & Anderson, LLP
>
> One Embarcadero Center, Suite 720
>
> San Francisco, CA  94111
>
> Telephone: (415) 277-7235

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/7/07

2