Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DAVID SUH, PORSHA ESCOVEDO, and SHERI LAWSON, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>VWA ASSET MANAGEMENT, INC. and VENGROFF, WILLIAMS & ASSOCIATES, INC.,<br><br>Defendants. | Case No: 5:07-CV-06123 RMW (PVT)<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Form(s) for the following person(s):

Yu          Richard

| | | |
|---|---|---|
| 1 | Dated: January 29, 2008 | s/Matthew C. Helland |

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

DAVID SUH, PORSHA ESCOVEDO, and SHERI LAWSON v. VWA ASSET MANAGEMENT, INC. and VENGROFF, WILLIAMS & ASSOCIATES, INC.,

Case No: 5:07-CV-06123 RMW (PVT)

I hereby certify that on January 29, 2008, I caused the following document(s):

**Notice of Consent Filing**

to be served via ECF to the following:

Mark J. Payne
Rutan & Tucker, LLP
611 Anton Blvd., 14th Floor
Costa Mesa, CA 92626-1931
mpayne@rutan.com

Dated: January 29, 2008

s/Matthew C. Helland

---

**NICHOLS KASTER & ANDERSON, LLP**
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
One Embarcadero Center
Ste. 720
San Francisco, CA 94111
Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402

ATTORNEYS FOR PLAINTIFFS

## CONSENT FORM AND DECLARATION

I hereby consent to join a lawsuit against Vengroff, Williams & Associates as a Plaintiff to assert claims against it for violations of the wage and hour laws of the United States and/or the state(s) where I worked for the company. During the past three years, there were occasions when I worked over 40 hours per week for Vengroff, Williams & Associates and did not receive overtime compensation. I worked for Vengroff, Williams & Associates as a Sales Service Support employee.

Approximate dates of employment  8/28/06  to  1/25/08

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_[Signature]_  1/25/08
Signature            Date

RICHARD YU
Print Name

REDACTED

**Fax or Mail To:**

Paul J. Lukas
Nichols Kaster & Anderson, PLL
4600 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Fax: (612) 215-6870

CONSENT AND DECLARATION