UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Suh, et al, individually, on behalf of all others similarly situated, and on behalf of the general public,
              Plaintiff(s),

v.

VWA Asset Management, Inc., and Vengroff, Williams & Associates, Inc.
              Defendant(s).
_____/

CASE NO. 5:07-cv-06123

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR (*please identify process and provider*) _____

The parties have reached a settlement agreement in principal, which is subject to the parties' signatures on settlement documents. If for some reason the settlement does not finalize, the parties will engage in mediation

The parties agree to hold the ADR session by:
    ✓    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: March 20, 2008
                                            s/ Matthew C. Helland
                                            Attorney for Plaintiff

Dated: March 20, 2008
                                            s/ Mark J. Payne
                                            Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated:_____  _____

UNITED STATES MAGISTRATE JUDGE