1 | Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
2 | NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
3 | San Francisco, CA 94111
Telephone: 415-277-7235
4 | Facsimile: 415-277-7238

5 | Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
6 | (admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
7 | Lukas@nka.com
(admitted **pro hac vice**)
8 | NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
9 | Minneapolis, MN 55402
Telephone: 612-256-3200
10 | Facsimile: 612-215-6870

11 | ATTORNEYS FOR PLAINTIFFS

12 | **IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**
13 |

14 |

15 | DAVID SUH, et al, individually, on behalf
of all others similarly situated, and on
16 | behalf of the general public

17 |              Plaintiff,

Case No: 5:07-CV-06123 RMW (PVT)

18 | v.

**NOTICE OF SETTLEMENT**

19 | VWA ASSET MANAGEMENT, INC.
and VENGROFF, WILLIAMS &
20 | ASSOCIATES, INC.,

21 |              Defendants.

22 |

23 |

24 |

25 |

26 |

27 |

28 |

NOTICE OF SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE, that the parties have reached a settlement agreement in the above-captioned matter, pending execution by all parties.  The parties will file a request for dismissal in the upcoming days.

Dated:  March 28, 2008                              NICHOLS KASTER & ANDERSON, LLP

                                                    By:    s/Matthew C. Helland
                                                           Matthew C. Helland
                                                           Attorneys for Plaintiffs David Suh, Porsha
                                                           Escovedo, Sheri Lawson, Brian Chan and
                                                           Richard Yu

NOTICE OF SETTLEMENT