Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER & ANDERSON, LLP
One Embarcadero Center, Ste. 720
San Francisco, CA 94111
Telephone: 415-277-7235
Facsimile: 415-277-7238

Donald H. Nichols, MN State Bar No. 78918
Nichols@nka.com
(admitted **pro hac vice**)
Paul J. Lukas, MN State Bar No. 22084X
Lukas@nka.com
(admitted **pro hac vice**)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-215-6870

ATTORNEYS FOR PLAINTIFFS

Mark J. Payne
mpayne@rutan.com
RUTAN & TUCKER, LLP
611 Anton Blvd., Fourteenth Floor
Costa Mesa, CA 92626

ATTORNEYS FOR DEFENDANTS
VWA ASSET MANAGEMENT, INC. AND
VENGROFF WILLIAMS & ASSOCIATES, INC.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Suh, et al, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VWA Asset Management, Inc., and Vengroff, Williams & Associates, Inc.,<br><br>Defendants. | Case No.: 5:07-cv-06123 RMW (PVT)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Date Action Filed: December 4, 2007<br>Trial Date: Not Assigned |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the parties to this action stipulate to the dismissal of this entire action, on the merits, and with prejudice as to all claims, each party to bear their own attorneys' fees and costs.

Dated: March 31, 2008

NICHOLS KASTER & ANDERSON, LLP

By: _____
Matthew C. Helland
Attorneys for Plaintiffs David Suh, Porsha Escovedo, Sheri Lawson, Brian Chan and Richard Yu

Dated: March 28, 2008

RUTAN & TUCKER, LLP

By: _____
Mark J. Payne
Attorneys for Defendants V.W.A. Asset Management, Inc. and Vengroff, Williams & Associates, Inc.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE