IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Suh, et al, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>VWA Asset Management, Inc., and Vengroff, Williams & Associates, Inc.,<br><br>Defendants. | Case No.: 5:07-cv-06123 RMW (PVT)<br><br>[proposed] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Date Action Filed: December 4, 2007<br>Trial Date: Not Assigned |

By stipulation of the parties, and pursuant to Rule 41(a)(1), this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Date: 4/21/08

_____
The Honorable Ronald M. Whyte
Judge, United States District Court

[proposed] ORDER OF DISMISSAL WITH PREJUDICE